Probation Form No. 35A
(12/2016)

Report and Order Terminating Supervision
Supervision Only,
Before Original Expiration Date

United States District Court
Southern District of Texas
ENTERED
January 26, 2022
Nathan Ochsner, Clerk

## United States District Court
## for the
## Southern District of Texas

United States of America

Versus

**Rocky Hernandez-Lechuga**

Criminal Case:  **2:12CR00269-001**

On December 4, 2012 this defendant was placed on Supervised Release for five years.  The defendant has complied with the court's restrictions and no longer needs supervision.  It is recommended that supervision only be terminated.

Respectfully submitted:

*Audra Basaldu*

**Audra V. Basaldu**
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only.  Jurisdiction continues through November 28, 2024.

Signed   January 26, 2022   at Corpus Christi, Texas.

*Nelva Gonzales Ramos*

**Nelva Gonzales Ramos**
United States District Judge